# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KRISTAN CROW | No. 2:22-mj-00175-KFW |

## MOTION FOR LEAVE TO DISMISS COMPLAINT

The United States moves for leave to dismiss the complaint against Kristan Crow under Rule 48(a) of the Federal Rules of Criminal Procedure.

On October 4, 2022, Kristan Crow was charged by criminal complaint with four counts of wire fraud.  On October 6, 2022, Crow made her initial appearance.  She was released on conditions.  The defendant is now deceased. Accordingly, the United States moves to dismiss the complaint.

Dated this 12th day of April, 2023, in Portland, Maine.

                            Respectfully submitted

                            Darcie N. McElwee
                            United State Attorney

                            /s/Sean M. Green
                            Sean M. Green
                            Assistant United States Attorney
                            100 Middle Street
                            Portland, Maine 04101
                            Office: (207) 771-3240
                            Sean.Green2@usdoj.gov